# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

WESLEY VAN STULTZ,                                                    PLAINTIFF
ADC #116881

v.                                    2:17CV00074-JLH-JTK

J. R. SMITH, et al.                                                   DEFENDANTS

## <u>ORDER</u>

Plaintiff Van Stultz is an inmate who filed a Complaint (Doc. No. 1) pursuant to 42 U.S.C. § 1983, but did not submit the $400.00 filing fee or an <u>in forma pauperis</u> (IFP) Motion.

Under the Prison Litigation Reform Act ("PLRA"), a prisoner who is permitted to file a civil action <u>in forma pauperis</u> still must pay the full statutory filing fee of $350.[1]   28 U.S.C. § 1915(b)(1).   The only question is whether a prisoner will pay the entire filing fee at the initiation of the proceeding or in installments over a period of time. <u>Ashley v. Dilworth</u>, 147 F.3d 715, 716 (8th Cir. 1998).   Even if a prisoner is without assets and unable to pay an initial filing fee, he/she will be allowed to proceed with his/her §1983 claims and the filing fee will be collected by the Court in installments from the prisoner's inmate trust account. 28 U.S.C. § 1915(b)(4).   **If the prisoner's case is subsequently dismissed for any reason, including a determination that it is frivolous, malicious, fails to state a claim, or seeks monetary relief against a defendant who is immune from such relief, the full amount of the $350 filing fee will be collected and no portion of this filing fee will be refunded to the prisoner.**

---

[1]   Effective May 1, 2013, the statutory filing fee for civil actions increased to $400, due to the implementation of a $50 administrative fee.   This $50 fee does not, however, apply to <u>in forma pauperis</u> actions.

The PLRA requires a Plaintiff to submit a proper and complete Motion to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>, along with calculation sheet prepared and signed by an authorized officer of the detention center. Plaintiff Van Stultz must submit, within thirty (30) days from entry of this Order, either: (1) the statutory filing fee of $400; or (2) a proper and complete IFP Motion, **with the required calculation sheet signed by an authorized official of the detention center at which he is confined**.

IT IS THEREFORE ORDERED that:

1. Plaintiff Van Stultzt must submit either the $400 statutory filing fee or an <u>In</u> <u>Forma</u> <u>Pauperis</u> Motion, within thirty days of the entry date of this Order.[2]

2. The Clerk is directed to send to Plaintiff an <u>In</u> <u>Forma</u> <u>Pauperis</u> Motion, together with the filing fee calculation sheet.

IT IS SO ORDERED this 3rd day of May, 2017.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[2] The Plaintiff is hereby notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states: "... If any communication from the Court to a <u>pro</u> <u>se</u> plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding <u>pro</u> <u>se</u> shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."